# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANUEL GONZALEZ-RIOS | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| EUYEN TRUCK, INC. AND | § | |
| EUGENIO MARRERO | § | |
|     Defendants. | § | |

## INDEX OF MATTERS BEING FILED WITH NOTICE OF REMOVAL

| No. | Document |
|---|---|
| 1. | Plaintiff's Original Petition, filed on October 14, 2015 |
| 2. | Defendant Euyen Truck, Inc.'s Original Answer, filed on December 2, 2015 |
| 3. | Defendant Eugenio Marrero's Original Answer, filed on December 2, 2015 |
| 4. | Register of Actions (Docket Sheet) |