# NUMBER "1"

Case 4:15-cv-00941-A   Document 1-2   Filed 12/11/15   Page 2 of 6   PageID 8

Filed: 10/14/2015 7:25:41 AM
Sharena Gilliland
District Clerk
Parker County, Texas
Jason Nowak

Cause No. CV15-1329

| | | |
|---|---|---|
| **MANUEL GONZALEZ-RIOS** | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| | § | |
| **EUYEN TRUCK, INC. AND EUGENIO MARRERO** | § | Parker County - 415th District Court |
| | § | |
| Defendants. | § | _____ **JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff MANUEL GONZALEZ-RIOS, individually, complains of Defendants EUYEN TRUCK, INC. AND EUGENIO MARRERO and in support thereof would show the Court as follows:

### I.
### DISCOVERY

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief, the maximum of which is more than $1,000,000. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate. Plaintiff GONZALEZ-RIOS declares that discovery in this lawsuit is intended to be conducted under Level 3 (T.R.C.P. 190.4).

### II.
### NATURE OF THE CASE

This is a suit to recover monetary relief, the maximum of which is over $100,000. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. These damages are sought from Defendant EUYEN TRUCK, INC.'S employee's (Eugenio

Marrero) negligent operation of a motor vehicle.

### III.
### PARTIES

Plaintiff MANUEL GONZALEZ-RIOS is an individual residing in El Paso County, Texas.

Defendant EUYEN TRUCK, INC. is a foreign corporation and may be served by and through its registered agent for service of process Eugenio Marrero at 10340 NW 30 CT, Miami, Florida 33147. Defendant will be served by serving the Secretary of State with service of process. Defendant does not maintain a registered agent in the state of Texas. This is being done pursuant to Section 17.026 of the Texas Civil Practice and Remedies Code.

Defendant EUGENIO MARRERO is an individual residing in Florida at 10340 NW 30 CT, Miami, Florida 33147. Defendant will be served by serving the Texas Transportation Chairman with service of process pursuant to Section 17.062 Texas Civil Practices and Remedies Code.

### IV.
### VENUE

Venue is proper in Parker County pursuant to Tex. Civ. Prac. & Rem. Code Ann. § 15.002 because the accident made the basis of this suit occurred in Parker County.

### V.
### FACTS

On or about August 30, 2015, Plaintiff was operating his tractor trailer with the applicable laws of the state of Texas. Plaintiff was driving his vehicle on Interstate 20 in Parker County, Texas. While Plaintiff was traveling, Defendant Eugenio Marrero was operating his tractor trailer also on Interstate 20 in the same direction as Plaintiff but ahead of Plaintiff. At all times relevant to this incident, Defendant Eugenio Marrero was acting in the course and scope of his employment for his company Euyen Truck, Inc. Defendant Marrero stopped his vehicle on the road with no lights on. As Plaintiff was traveling he came upon Defendants' vehicle and rear-

ended the tractor trailer. As a result of the incident, suffer injuries.

## VI.

## NEGLIGENCE OF DEFENDANT EUYEN TRUCK INC.'S EMPLOYEE EUGENIO MARRERO

On the occasion in question, Defendant's employee Eugenio Marrero operated the vehicle he was driving in a negligent manner in that he breached a duty she owed to Plaintiff to exercise ordinary care in the operation of a motor vehicle in the following particulars:

1. in failing to maintain a proper lookout;

2. in stopping on the highway without turning his hazard lights on;

3. in stopping on the highway without turning lighting flares to warn oncoming vehicles of his vehicles presence on the road;

4. in failing to pull safely onto the shoulder of the interstate while coming to a complete stop;

5. in failing to have operational lights on while having his vehicle on the roadway at night; and

6. in failing abide by the applicable Texas Transportation Code statutes.

Each of such acts and omissions, singularly or in combination with others constituted negligence and negligence per se which proximately caused the collision and the injuries which Plaintiff suffered.

## VII.
## CAUSE OF ACTION AGAINST DEFENDANT EUYEN TRUCK, INC.

1. **Respondeat Superior**

At the time of the occurrence made the basis of this suit, the employee of Defendant MARRERO was acting in the course and scope of his employment when she injured Plaintiff. The employee in question was acting within her general authority and in furtherance of Defendant EUYEN TRUCK, INC.'S business. Accordingly, Defendant EUYEN TRUCK, INC. is vicariously liable for the employee's actions and Plaintiff's damages.

## VIII.

**PLAINTIFF'S INJURIES**

As a direct and proximate cause of Defendant's negligence, upon impact, Plaintiff was forcefully thrown about the interior of the vehicle.

As a direct and proximate cause of Defendant's negligence, Plaintiff began to experience pain throughout his body. Later his symptoms increased and he received conservative medical attention. As a result of these injuries, Plaintiff will, in all reasonable probability, experience residual weaknesses and suffer related symptoms long into the future.

IX.

**DAMAGES**

A. As a result of the injuries sustained by Plaintiff in the incident made the basis of this suit, he has suffered severe physical and mental pain and anguish and in all reasonable probability, will continue to suffer such mental and physical pain and anguish for a long time into the future.

B. Additionally, Plaintiff has incurred reasonable medical expenses as a result of the complained of injuries. In all reasonable probability he will incur further reasonable medical expenses in the future relating to the injuries complained of above.

C. At the time of the incident complained of, Plaintiff was gainfully employed. As a further result of the injuries sustained by him, Plaintiff suffered physical impairment and was unable to work for a period of time, resulting in a loss of wages. But for Defendant's negligence, Plaintiff would have been able to work during this period. Additionally, due to Plaintiff's impairment, Plaintiff will suffer a loss of earning capacity in the future.

D. Plaintiff suffered physical impairment in that his daily activities were altered as a result of the accident. In all reasonable probability he will suffer physical impairment into the future.

E. As a result of the injuries sustained by Plaintiff in the incident made the basis of this suit, Plaintiff seeks reasonable compensation for disfigurement to Plaintiff's body

WHEREFORE, Plaintiff requests that Defendants EUYEN TRUCK, INC. and EUGENIO MARRERO, be cited to appear and answer and that on final hearing Plaintiff have final judgment against Defendants for an amount within the jurisdictional limits of the Court,

together with interest at the lawful rate from August 30, 2015, until judgment, and post-judgment interest at the lawful rate, costs of court and for such other and further relief, at law or in equity to which Plaintiff is justly entitled.

                              Respectfully submitted,
                              Hernandez & Browning

      By:

                              /s/ Jesse R. Showalter
                              Jesse R. Showalter
                              Texas Bar Number 24086800
                              Juan C. Hernandez
                              Texas Bar Number 24002270
                              8111 LBJ Freeway, Suite 1065
                              Dallas, Texas 75251
                              jesse@juanlaw.com
                              (972) 235-4444 Telephone
                              (972) 235-4454 Telecopy
                              Attorneys for Plaintiff